UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Robert James Swint,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>Central Intelligence Agency.,<br><br>　　　　　　　Defendant(s). | **2:24-cv-00339-CDS-MDC**<br><br>**Report and Recommendation** |

On February 15, 2024, pro se plaintiff Robert James Swint filed an Application to Proceed *In Forma Pauperis* ("IFP") (ECF No. 1). On March 14, 2024, I denied plaintiff's IFP because I could not determine whether plaintiff qualified to proceed *in forma pauperis* with the information provided. ECF No. 3. I noted that although plaintiff provided some information regarding his income and payments, the information provided was vague and ambiguous. ECF No. 3. I also noted that there were discrepancies in the plaintiff's IFP. For example, plaintiff indicated on his IFP that he resided in Las Vegas, however, the address provided by plaintiff was an Oregon P.O. Box. See ECF No. 1; see also ECF No. 3 at 3:15-16. I also noted that plaintiff filed a total of four cases in the District of Nevada, using three different addresses. ECF No. 3 at 3:16-18. A public records search revealed problems with the addresses provided. One of the addresses was an Oregon hospital. ECF No. 3 at 3: 18-19. The other address does not exist, and upon running a search on the suggested address found plaintiff was listed as a previous resident. ECF No. 3 at 3-4. I noted that plaintiff is either using multiple addresses or is not complying with LR IA 3-1. I also noted that the P.O. Box provided for this present case is potentially associated with a different name and was unsure whether the other name is a different person or alias. I gave plaintiff another chance to file an IFP and ordered him to file the long-form IFP by April 15, 2024. ECF No. 3 at 4. I warned plaintiff that failure to timely comply may result in a recommendation that the case be dismissed. *Id.* Plaintiff has failed to timely comply with my Order.

ACCORDINGLY,

**IT IS RECOMMENDED that** the case be dismissed.

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

DATED this 19th day of April 2024.

IT IS SO RECOMMENDED

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge